COUNTY OF SANTA CLARA
Health System

custody Health Services
Administration
150 W. Hedding Street
San Jose, CA 95110
Tel (408) 808-3648
Fax (408) 808-3633

**Date:**
10/2/26

**To Whom It May Concern:**

**This is to verify that** Eber Estrada-Hernandez **(PFN: _________) is actively participating in the Coping Skills Groups. These groups are conducted weekly, with the expectation of consistent participation for a duration of five weeks. The groups are facilitated by the Rehabilitation Counselor from Adult Custody Mental Health Department. They are designed to provide valuable education on coping strategies and mental health support aimed at improving emotional regulation, stress management, and overall well-being. This individual has participated in** 8 **week (s) or group.**

**Sincerely,**

**Radhika Gollapudi**
**Rehabilitation Counselor**
**Adult Custody of Mental Health**

Board of Supervisors: Sylvia Arenas, Cindy Chavez, Otto Lee, Susan Ellenberg, S. Joseph Simitian
County Executive: James R. Williams